IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FERNANDEZ MARTINEZ, on his own behalf
and on behalf of all others similarly situated,

       Plaintiff,

v.

FEDEX GROUND PACKAGE SYSTEM, INC.,
a Delaware corporation,

       Defendant.

Case No.: 1:20-cv-01052-SCY-LF

**ENTRY OF APPEARANCE**

TO: THE CLERK OF THE COURT

PLEASE enter the appearance of Thomas C. Dec of the law firm Wheeler Trigg O'Donnell LLP, as counsel on behalf of Defendant FedEx Ground Package System, Inc. in the above-captioned matter. The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure, including, without limitation, personal jurisdiction, subject matter jurisdiction and adequacy or fact of service of process.

Dated:  October 27, 2022.                    Respectfully submitted,

*s/ Thomas C. Dec*
Jessica G. Scott
David J. Schaller
Brian T. Ruocco
Thomas C. Dec
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO  80202-5647
Telephone:   303.244.1800
Facsimile:    303.244.1879
Email:   scott@wtotrial.com
            schaller@wtotrial.com
            ruocco@wtotrial.com
            dec@wtotrial.com

Attorneys for FedEx Ground Package System, Inc.

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on this 27th day of October, 2022, a true and correct copy of the foregoing **ENTRY OF APPEARANCE** was filed electronically on the CM/ECF website. Notice of this filing will be sent to the following counsel of record by operation of the Court's CM/ECF system.

- **Shannon Liss-Riordan**
  sliss@llrlaw.com

- **Michelle Cassorla**
  mcassorla@llrlaw.com

- **Zachary L. Rubin**
  zrubin@llrlaw.com

- **Brian Gonzales**
  bgonzales@coloradowagelaw.com

- **Brandt Powers Milstein**
  brandt@milsteinlawoffice.com

- **Peter Winebrake**
  pwinebrake@winebrakelaw.com

- **Michelle Tolodziecki**
  mtolodziecki@winebrakelaw.com

- **Jessica G. Scott**
  scott@wtotrial.com; meyer@wtotrial.com; umaguing@wtotrial.com

- **David J. Schaller**
  schaller@wtotrial.com

- **Brian T. Ruocco**
  ruocco@wtotrial.com; cooks@wtotrial.com

*s/ Thomas C. Dec*