IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FERNANDEZ MARTINEZ et al.,

    Plaintiffs,

v.

FEDEX GROUND PACKAGE SYSTEM, INC.,
a Delaware corporation,

    Defendant.

Case No.: 1:20-cv-01052-SCY-LF

## ORDER TO FILE CLOSING DOCUMENTS PER SETTLEMENT

The parties have reached a negotiated resolution in this matter. IT IS THEREFORE ORDERED that closing documents must be filed no later than **Friday, June 28, 2024**, absent a written motion showing good cause for an extension.

_____
Laura Fashing
United States Magistrate Judge