IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FERNANDEZ MARTINEZ, SHAWNEE
BARRETT, WILLIAM WALKER,
CHRISTOPHER DURAN, SEAN HARPER,
DUSTIN FELT, HELIODORO GALVEZ,
INDICA NIETO, LEONARD BACA, MARTIN
NIETO, STEVEN BACA, CASEY SCHWARTZ,
MARIO ORNELAS, MICHAEL SHRYOCK,
TIMOTHY LONG, AND LAFLEET DEBASE,

        Plaintiffs,

v.

FEDEX GROUND PACKAGE SYSTEM, INC.,
a Delaware corporation,

        Defendant.

Case No.: 1:20-cv-01052-SCY-LF

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL PLAINTIFFS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties stipulate to dismissal of all Plaintiffs' claims against Defendant Federal Express Corporation, successor by merger to FedEx Ground Package System, Inc., in the above-captioned matter. Such dismissal is with prejudice with each party to pay their own fees and costs, including attorneys' fees and costs.

Dated: July 12, 2024

| | |
|---|---|
| */s/ Michelle Tolodziecki* | */s/ Jessica G. Scott* |
| Peter Winebrake | Jessica G. Scott |
| Michelle Tolodziecki | Wheeler Trigg O'Donnell LLP |
| Winebrake & Santillo, LLC | 370 Seventeen Street, Suite 4500 |
| 715 Twining Road, Suite 211 | Denver, CO 80202 |
| Dresher, PA 19025 | Telephone: 303.244.1800 |
| Telephone: 215.884.2491 | Facsimile: 303.244.1879 |
| | Email: scott@wtotrial.com |
| Shannon Liss-Riordan | |
| Lichten & Liss-Riordan, P.C. | Attorney for Defendant FedEx Ground |
| 729 Boylston Street, Ste. 2000 | Package Systems, Inc. |
| Boston, MA 02116 | |
| Telephone: 617.994.5800 | |
| | |
| Attorneys for Plaintiffs | |

**CERTIFICATE OF SERVICE (CM/ECF)**

I HEREBY CERTIFY that on this 12th day of July, 2024, a true and correct copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL PLAINTIFFS** was filed electronically on the C/M ECF website. Notice of this filing will be sent to the following counsel of record by operation of the Court's CM/ECF system.

- **Matthew Carrieri**
  mcarrieri@llrlaw.com

- **Thomas Dec**
  dec@wtotrial.com,christman@wtotrial.com

- **Brian Gonzales**
  bgonzales@coloradowagelaw.com

- **Mark J. Gottesfeld**
  mgottesfeld@winebrakelaw.com

- **David James Kiefer**
  david.kiefer@fedex.com

- **Harold L. Lichten**
  hlichten@llrlaw.com,courth@llrlaw.com

- **Shannon Liss-Riordan**
  sliss@llrlaw.com,courts@llrlaw.com

- **Brandt Powers Milstein**
  brandt@milsteinturner.com

- **David Schaller**
  schaller@wtotrial.com,umaguing@wtotrial.com

- **Jessica Goneau Scott**
  scott@wtotrial.com,umaguing@wtotrial.com

- **Michelle Tolodziecki**
  mtolodziecki@winebrakelaw.com

- **Peter Winebrake**
  pwinebrake@winebrakelaw.com

2

**Manual Notice List**

- **Jeremy Abay**
  jabay@llrlaw.com

*s/ Jessica G. Scott*

2